IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

MICHAEL CARDELLE RUFFIN,

    Petitioner,

v.                                                        CASE NO. 4:05-cv-00364-MP-EMT

JAMES V CROSBY,
JAMES R MCDONOUGH,

    Respondents.

_____/

**O R D E R**

This matter is before the Court on Doc. 19, Report and Recommendation of the Magistrate Judge, recommending that petitioner's habeas petition be dismissed as time barred. The petitioner objected, doc. 20. The Court agrees with the Magistrate Judge that petitioner allowed more than a year to pass between the filing of his second and third state 3.850 motions. During that time, the statute of limitations for his federal habeas petition ran out. Also, the Court agrees that petitioner does not allege the existence of newly discovered evidence. Therefore, to the extent that the fundamental miscarriage of justice exception applies to a time-barred petition, Petitioner has failed to demonstrate that he qualifies for the exception  Accordingly, it is hereby

    **ORDERED AND ADJUDGED:**

    The Report and Recommendation is adopted and incorporated herein; the motion to dismiss (doc. 14) is granted, and the petitioner for habeas corpus is dismissed.

    **DONE AND ORDERED** this  *27th*   day of April, 2006

                                   *s/Maurice M. Paul*
                            Maurice M. Paul, Senior District Judge